Larry STEPHENSON *v.* STATE of Arkansas

CR 98-120                                            959 S.W.2d 56

Supreme Court of Arkansas
Opinion delivered February 26, 1998

*Lori A. Mosby*, for appellant.

No response.

PER CURIAM. Appellant Larry Stephenson, by his attorney Lori A. Mosby, has filed a motion for belated appeal. Mosby admits by motion that the appeal was not timely filed due to a mistake on her part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*). The motion is therefore granted.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.